■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO LUGO, Also Known as ANTONIO SANCHEZ, Appellant. —Appeal by the defendant from (1) a judgment of the Supreme Court, Kings County (Dowd, J.), rendered March 6, 1981, convicting him of murder in the second degree and assault in the second degree, upon a jury verdict, and imposing sentence, and (2), by permission, from (a) an order of the same court, dated October 10, 1984, which, after a hearing,

denied his motion pursuant to CPL 440.10 to vacate the judgment of conviction on the ground, *inter alia,* of the alleged withholding of *Brady* material, and (b) an order of the same court, dated February 13, 1987, which denied, without a hearing, his second motion pursuant to CPL 440.10 to vacate the judgment of conviction on the ground of the alleged withholding of *Rosario* material.

Ordered that the order dated February 13, 1987, is reversed, on the law and the facts, the defendant's motion to vacate the judgment of conviction is granted, and a new trial is ordered. The appeals from the judgment and from the order dated October 10, 1984, are dismissed as academic.

The prosecution's violation of the *Rosario* rule *(see, People v Rosario,* 9 NY2d 286, *cert denied* 368 US 866; CPL 240.45) requires reversal of the defendant's conviction *(see, People v Cardona,* 138 AD2d 617).

In view of our determination, we do not address the defendant's remaining contentions. Kooper, J. P., Spatt, Harwood and Rosenblatt, JJ., concur.